UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: Lindell Management LLC Litigation			Case No. 23-cv-1433 (JRT/DJF)

**ORDER**

This matter is before the Court on Petitioner Robert Zeidman's Motion to Compel Responses to Post-Judgment Discovery ("Motion") (ECF No. 62). The Court held a hearing on this matter on July 17, 2024, at which it resolved the majority of the Motion from the Bench (*see* ECF No. 83). The Court issued its rulings from the bench and memorializes its decision below.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Petitioner's Motion to Compel Responses to Post-Judgment Discovery (ECF No. [62]) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The following definitions, as stated in Petitioner's Interrogatories and Document Requests, shall be modified as follows:

    a. The terms "you," "your," and "Lindell" mean Lindell Management LLC, its members, subsidiaries, divisions, predecessor and successor companies, affiliates, and any partnership or joint venture to which it may be a party.

2. Respondent must prepare and serve written answers to Petitioner's Interrogatories and Document Requests, with the definitions of "you", "your" and "Lindell" modified as stated above, by **July 31, 2024**.

1

Appellate Case: 24-1608     Page: 1     Date Filed: 07/17/2024 Entry ID: 5414532

3. Respondent must serve all documents in its possession that are responsive to Petitioner's Document Requests, as so modified, within **28 days**, or by **August 14, 2024**.

4. The Court will decide Petitioner's request for attorney's fees pursuant to Fed. R. Civ. P. 37(a)(5)(A) by separate order. By **July 24, 2024**, Petitioner shall file a written accounting of his attorney's hours and hourly rates supporting his request for attorney's fees incurred in bringing his Motion to Compel.

Dated: July 17, 2024

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

2